IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| LOTTIE THOMPSON-GROVES and BILLY GROVES, | ) ) ) |
| Plaintiffs, | ) ) CIVIL ACTION NO.   1:19-cv-849 ) |
| vs. | ) ) |
| COOPER RETAURANTS, INC., | ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1), *Fed.R.Civ.P*, the parties stipulate to the dismissal of this action, with prejudice, each party to bear its own costs.

| | |
|---|---|
| */s/ Cecily L. Kaffer* | */s/Cassie E. Taylor, with consent* |
| Cecily L. Kaffer (KAFFC5953) | L. Landis Sexton |
| clk@kullmanlaw.com | Cassie E. Taylor |
| | ADA Group, LLC |
| Paul D. Myrick | 4001 Carmichael Road, Ste. 570 |
| pdm@kullmanlaw.com | Montgomery, Alabama 36106 |
| | |
| Anne Laurie McClurkin | |
| alm@kullmanlaw.com | Attorneys for Plaintiffs |
| | |
| The Kullman Firm, PLC | |
| Post Office Box 1287 | |
| Mobile, Alabama 36633 | |
| Telephone: (251) 432-1811 | |
| | |
| Attorneys for Defendant | |