# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LOTTIE THOMPSON-GROVES and BILLY GROVES,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | )  **CIVIL ACTION 19-0849-WS-MU** ) |
| **COOPER RESTAURANTS, INC.,** | ) ) |
| **Defendant.** | ) |

## ORDER

This matter comes before the Court on the Stipulation of Dismissal (doc. 15), signed by all parties that have appeared in this action, by and through their respective counsel. The Stipulation reflects that the parties mutually request and consent to the dismissal with prejudice of this action in its entirety, with each side to bear his, her or its own costs and attorneys' fees.

Pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., a plaintiff may dismiss his or her action without a court order by filing a stipulation of dismissal signed by all parties that have appeared. The Stipulation satisfies the requirements of Rule 41(a)(1)(A)(ii), and is therefore effective as filed. Accordingly, it is **ordered** that this action is **dismissed with prejudice**, with each party to be responsible for bearing his, her or its own costs and attorneys' fees.

DONE and ORDERED this 1st day of June, 2020.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE